Appeal No. 75-267. THE SCHOOL COMMITTEE OF THE CITY OF PAWTUCKET *v.* PAWTUCKET TEACHERS' ALLIANCE, *et al.* Motion of plaintiff for special assignment is granted, and the matter is assigned to the April 1976 calendar for oral argument. *Higgins, Cavanagh & Cooney, Joseph V. Cavanagh,* for plaintiff. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Richard A. Skolnik,* for defendants.

## February 18, 1976

M. P. No. 76-23. CHARLES ABRUZZESE *v.* LOUIS LALLO *et al.* Petition for writ of certiorari denied. *Urso and Adamo, Natale L. Urso,* for petitioner. *Thornton, Thornton and Naccarato, Inc., Vincent J. Naccarato,* for respondents.

M. P. No. 76-41. ANTHONY SFAMENI *v.* JAMES W. MULLEN, *Warden.* Petition for Writ of Habeas Corpus denied without prejudice. *Bevilacqua & Cicilline, John F. Cicilline,* for petitioner. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for respondent.

M. P. 76-43. LUCY PENG-FEI CHANG *v.* UNIVERSITY OF RHODE ISLAND. Petition for Writ of Certiorari granted. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Jordan Stanzler, Milton Stanzler,* for petitioner. *Adler, Pollock & Sheehan Incorporated, Patrick A. Liguori,* for respondent.

C. A. No. 74-63. STATE *v.* RICHARD E. FREEMAN AND JOHN M. ABBOTT. Court being equally divided, motion to reargue is denied. *Julius C. Michaelson,* Attorney General, *John A. Murphy,* Special Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Peter DiBiase,* Asst. Public Defender, for defendants.

C. A. No. 76-21. STATE *v.* ROBERT G. COLE. Motion of defendant to suspend the time for filing a brief is denied. *Julius C. Michaelson,* Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Joseph L. DeCaporale,* Asst. Public Defender, for defendant.